**DURAMED PHARMACEUTICALS, INC., Plaintiff–Appellant,**

v.

**WATSON LABORATORIES, INC., Defendant–Appellee.**

No. 2011–1438.

United States Court of Appeals, Federal Circuit.

Nov. 10, 2011.

Vernon M. Winters, Greenberg Traurig, LLP, of San Francisco, CA, argued for plaintiff-appellant. With him on the brief was Charanjit Brahma, of Washington, DC.

Mark T. Jansen, Kilpatrick Townsend and Stockton, LLP, of San Francisco, CA, argued for defendant-appellee. With him on the brief were Gia L. Cincone; and Cedric C.Y. Tan and Kristin M. Cooklin, of Washington, DC.

LOURIE, LINN, and PROST, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**